UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BROWN,<br><br>         Plaintiff,<br><br>v.<br><br>W.L. MONTGOMERY, Warden, et al.,<br><br>         Defendant. | Case No.: 19cv2021-CAB-WVG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION[Doc. No. 14], GRANTING MOTION TO DISMISS [Doc. No. 10], AND DISMISSING PETITION** |

On October 21, 2019, Petitioner Michael Brown ("Petitioner"), a state prisoner proceeding pro se and in forma pauperis, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, [Doc. No. 1.] On April 6, 2020, Respondent filed a motion to dismiss the petition and lodged the state court record. [Doc. Nos. 10, 11.] Petitioner did not file an opposition.

On August 13, 2020, Magistrate Judge William V. Gallo issued a Report and Recommendation ("Report"), recommending that the Court **GRANT** Respondent's motion to dismiss. [Doc. No. 14.]  The Report also ordered that any objections were to be filed by October 30, 2020. [Report at 12.] To date, no objection has been filed, nor has there been a request for additional time in which to file an objection.

A district court's duties concerning a magistrate judge's report and recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the

Federal rules of Civil Procedure and 28 U.S.C. § 636(b)(1).  When no objections are filed, the district court is not required to review the magistrate judge's report and recommendation.  The Court reviews de novo those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id. However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir.2003) (en banc) (emphasis in original). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Id*.

Here, neither party has timely filed objections to the Report.  Having reviewed it, the Court finds that it is thorough, well-reasoned, and contains no clear error.  Accordingly, the Court **HEREBY ADOPTS** Magistrate Judge Gallo's Report and Recommendation [Doc. No. 14] in its entirety.  For the reasons stated in the Report, which is incorporated herein by reference, the Court **GRANTS** the motion to dismiss [Doc. No. 10] and **DISMISSES** the Petition **WITHOUT LEAVE TO AMEND**. [Doc. No. 1.]

Moreover, because the Court does not believe that reasonable jurists would find the Court's assessment of the constitutional claims debatable or wrong it **DECLINES** to issue a Certificate of Appealability.  See *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED**.

Dated:  November 19, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge